IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GWENDOLYN D. GLENN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-403-jdp

v.

U.S. BANK,

    Defendant.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant U.S. Bank granting it's motion to dismiss and dismissing this case.

| /s/ | 10/27/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |