Gwendolyn D. Glenn

VS

US Bank

Case # 3:16-CV-00403-jdp.

DOC NO
REC'D/FILED
2016 NOV 29 PM 1:03
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

I would like to appeal that decision of the dismissal to my case on the grown of they haven't even submitted a negitave bank statment and because thier knowing that I've open them accounts with the understanding that no matter how long it took me to spend nor save it, it would still be in there. I mean I have evidence on them two accounts that I am resubmitting in this appeal. I know its like I'm trying to get over on us bank because I'm ask for the 64,393,030,439 but I'm not what I'm really ask for is that this lower class person that I am get what she save up in her bank accounts which is 15,214.00. So hopefully Judges you can see that now.

Gwendolyn D Glenn

My Free Credit report.com

# U.S. bank
*Five Star Service Guaranteed*

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9158    TRN             X    ST01

**Uni-Statement**
Account Number: 0151
Statement Period:
Feb. 13, 2009
through
Mar. 12, 2009

Page 1 of 2

000115168 1 AV 0.324 106481112597941 P
GWENDOLYN D GLENN
508 S 15TH ST APT A
ST JOSEPH   MO 64501-2923

**To Contact U.S. Bank**

| | |
|---|---|
| By Phone: | 1-800-US BANKS (1-800-872-2657) |
| St. Louis Metro Area: | 314-425-2000 |
| Telecommunications Device for the Deaf: | 1-800-685-5065 |
| Internet: | usbank.com |

## INFORMATION YOU SHOULD KNOW

The following Wire Transfer fees are effective as of May 11, 2009.
Incoming Domestic Wire - $20, Incoming International Wire - $25, Outgoing Domestic Wire - $30, Outgoing International Wire - $50.

## SUMMARY OF YOUR U.S. BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | Balance | Page |
|---|---|---|---|
| Five Star Silver Checking | 0151 | $ 363.50- | 1 |
| Five Star Money Market Savings | 9017 | 65.50- | 2 |
| | Total Deposit Balances | $ 429.00- | |

## FIVE STAR SILVER CHECKING

Account Number 0151
U.S. Bank National Association

Member FDIC

**Account Summary**
| | | |
|---|---|---|
| Beginning Balance on Feb. 13 | $ | 139.50- |
| Other Withdrawals | | 224.00- |
| Ending Balance on Mar. 12, 2009 | $ | 363.50- |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Feb. 13 | Continuous Overdraft Fee | 1300005599 | $ 8.00- |
| Feb. 17 | Continuous Overdraft Fee | 1700008383 | 32.00- |
| Feb. 18 | Continuous Overdraft Fee | 1800003593 | 8.00- |
| Feb. 19 | Continuous Overdraft Fee | 1900002905 | 8.00- |
| Feb. 20 | Continuous Overdraft Fee | 2000004712 | 8.00- |
| Feb. 23 | Continuous Overdraft Fee | 2300006703 | 24.00- |
| Feb. 24 | Continuous Overdraft Fee | 2400003356 | 8.00- |
| Feb. 25 | Continuous Overdraft Fee | 2500007127 | 8.00- |
| Feb. 26 | Continuous Overdraft Fee | 2600003498 | 8.00- |
| Feb. 27 | Continuous Overdraft Fee | 2700004981 | 8.00- |
| Mar. 2 | Continuous Overdraft Fee | 0200006600 | 24.00- |
| Mar. 3 | Continuous Overdraft Fee | 0300002889 | 8.00- |
| Mar. 4 | Continuous Overdraft Fee | 0400002548 | 8.00- |
| Mar. 5 | Continuous Overdraft Fee | 0500004294 | 8.00- |
| Mar. 6 | Continuous Overdraft Fee | 0600004348 | 8.00- |
| Mar. 9 | Continuous Overdraft Fee | 0900006193 | 24.00- |
| Mar. 10 | Continuous Overdraft Fee | 1000003071 | 8.00- |
| Mar. 11 | Continuous Overdraft Fee | 1100003400 | 8.00- |
| Mar. 12 | Continuous Overdraft Fee | 1200003508 | 8.00- |
| | Total Other Withdrawals | $ | 224.00- |



**usbank**
*Five Star Service Guaranteed*

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9158    TRN                    X    ST01

000092523 1 AV 0.324 106481146810679 P
GWENDOLYN D GLENN
508 S 15TH ST APT A
ST JOSEPH   MO   64501-2923

Uni-Statement
Account Number:
0151
Statement Period:
Mar. 13, 2009
through
Apr. 13, 2009

Page 1 of 2



| | To Contact U.S. Bank |
|---|---|
| By Phone: | 1-800-US BANKS |
| | (1-800-872-2657) |
| St. Louis Metro Area: | 314-425-2000 |
| Telecommunications Device for the Deaf: | 1-800-685-5065 |
| Internet: | usbank.com |

## NEWS FOR YOU

Still receiving your federal benefit payments by mail? Sign up for safer, easier direct deposit by calling (800) 333-1795 or online at www.GoDirect.org.

## SUMMARY OF YOUR U.S. BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | Balance | Page |
|---|---|---|---|
| Five Star Silver Checking | -0151 | $ 256.95 | 1 |
| Five Star Money Market Savings | 9017 | 0.00 | 2 |
| Total Deposit Balances | | $ 256.95 | |

## FIVE STAR SILVER CHECKING                                                Member FDIC
Account Number                    0151
U.S. Bank National Association

**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Mar. 13 | $ | 363.50 |
| Deposits / Credits | | 1,332.45 |
| Other Withdrawals | | 712.00- |
| Ending Balance on Apr. 13, 2009 | $ | 256.95 |

Number of Days in Statement Period    32

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar. 19 | Reversed Overdraft Charge | | | $ 44.00 |
| Mar. 19 | Deposit | | 2321106043 | 981.85 |
| Apr. 1 | Branch Account Transfer | To Account 9017 | | 50.00 |
| Apr. 7 | Deposit | | 2323508893 | 256.60 |
| | Total Deposits / Credits | | $ | 1,332.45 |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Mar. 13 | Continuous Overdraft Fee | 1300005398 | $ 8.00- |
| Mar. 16 | Continuous Overdraft Fee | 1600007623 | 24.00- |
| Mar. 17 | Continuous Overdraft Fee | 1700003845 | 8.00- |
| Mar. 18 | Continuous Overdraft Fee | 1800003156 | 8.00- |
| Mar. 20 | Customer Withdrawal | 2321305912 | 350.00- |
| Mar. 23 | Customer Withdrawal | 2021156004 | 120.00- |
| Mar. 26 | Customer Withdrawal | 2522689165 | 75.00- |
| Apr. 1 | Customer Withdrawal | 2523871582 | 65.00- |
| Apr. 2 | Customer Withdrawal | 2022141905 | 25.00- |
| Apr. 2 | Customer Withdrawal | 2022141902 | 29.00- |
| | Total Other Withdrawals | $ | 712.00- |



**usbank** Five Star Service Guaranteed

GWENDOLYN D GLENN
508 S 15TH ST APT A
ST JOSEPH MO 64501-2923



Uni-Statement
Account Number:
)151
Statement Period:
Mar. 13, 2009
through
Apr. 13, 2009

Page 2 of 2

---

## FIVE STAR SILVER CHECKING (CONTINUED)
Account Number ███████-0151

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Mar. 13 | 371.50- | Mar. 19 | 614.35 | Apr. 1 | 54.35 |
| Mar. 16 | 395.50- | Mar. 20 | 264.35 | Apr. 2 | 0.35 |
| Mar. 17 | 403.50- | Mar. 23 | 144.35 | Apr. 7 | 256.95 |
| Mar. 18 | 411.50- | Mar. 26 | 69.35 | | |

Balances only appear for days reflecting change.

---

## FIVE STAR MONEY MARKET SAVINGS
Account Number ███████9017
U.S. Bank National Association

**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Mar. 13 | $ 65.50 | Number of Days in Statement Period  32 |
| Deposits / Credits | 165.50 | |
| Other Withdrawals | 100.00- | |
| **Ending Balance on Apr. 13, 2009** | **$ 0.00** | |

 Member FDIC

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Mar. 19 | Deposit | 2321106044 | $ 165.50 |
| | **Total Deposits / Credits** | | **$ 165.50** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar. 27 | Customer Withdrawal | | 2420791554 | $ 50.00- |
| Apr. 1 | Branch Account Transfer | From Account ███████0151 | | 50.00- |
| | **Total Other Withdrawals** | | | **$ 100.00-** |

*Total $298,920* (handwritten)

**[us]bank.**
*Five Star Service Guaranteed*

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9158    TRN                         X    ST01

**Uni-Statement**
Account Number:
0151
Statement Period:
Apr. 14, 2009
through
May 13, 2009

Page 1 of 2

000085034 1 AV 0.335 106481180015141 P
GWENDOLYN D GLENN
508 S 15TH ST APT A
ST JOSEPH   MO   64501-2923



| | To Contact U.S. Bank |
|---|---|
| By Phone: | 1-800-US BANKS (1-800-872-2657) |
| St. Louis Metro Area: | 314-425-2000 |
| Telecommunications Device for the Deaf: | 1-800-685-5065 |
| Internet: | usbank.com |

## NEWS FOR YOU

Gift One Today! Give the U.S. Bank Visa® Gift Card for Mother's Day, Father's Day, Graduation and more. Available at any U.S. Bank branch or usbank.com/gift.

## SUMMARY OF YOUR U.S. BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | Balance | Page |
|---|---|---|---|
| Five Star Silver Checking | 0151 | $ 8.51 | 1 |
| Five Star Money Market Savings | 9017 | 0.00 | 2 |
| | Total Deposit Balances | $ 8.51 | |

### FIVE STAR SILVER CHECKING
U.S. Bank National Association                                    **Member FDIC**
Account Number           -0151

**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Apr. 14 | $ | 256.95 |
| Deposits / Credits | | 265.60 |
| Other Withdrawals | | 514.04- |
| **Ending Balance on May 13, 2009** | **$** | **8.51** |

Number of Days in Statement Period: 30

**Deposits / Credits**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| May 4 | Deposit | 2521838689 | $ 265.60 |
| | **Total Deposits / Credits** | | **$ 265.60** |

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr. 20 | Customer Withdrawal | | 1823042624 | $ 100.00- |
| Apr. 27 | Customer Withdrawal | | 1823292358 | 100.00- |
| Apr. 30 | Internet Banking Transfer | To Account 9017 | | 25.00- |
| May 1 | Customer Withdrawal | | 2521698698 | 1.00- |
| May 1 | Customer Withdrawal | | 2521698699 | 30.00- |
| May 4 | Customer Withdrawal | | 2521838591 | 9.00- |
| May 5 | Customer Withdrawal | | 2522219244 | 55.00- |
| May 5 | Electronic Withdrawal REF=09125002715246 N | From T-MOBILE TEL PCS SVC  0000450304 | | 72.13- |
| May 5 | Electronic Withdrawal REF=09125002715243 N | From T-MOBILE TEL PCS SVC  0000450304 | | 121.91- |
| | | **Total Other Withdrawals** | | **$ 514.04-** |



**usbank** Five Star Service Guaranteed

GWENDOLYN D GLENN
508 S 15TH ST APT A
ST JOSEPH MO 64501-2923

Uni-Statement
Account Number:
)151
Statement Period:
Apr. 14, 2009
through
May 13, 2009

Page 2 of 2



## FIVE STAR SILVER CHECKING (CONTINUED)
U.S. Bank National Association        Account Number        0151

### Balance Summary
| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Apr. 20 | 156.95 | Apr. 30 | 31.95 | May 4 | 257.55 |
| Apr. 27 | 56.95 | May 1 | 0.95 | May 5 | 8.51 |

Balances only appear for days reflecting change.

## FIVE STAR MONEY MARKET SAVINGS                              Member FDIC
U.S. Bank National Association        Account Number        9017

### Account Summary
| | | |
|---|---|---|
| Beginning Balance on Apr. 14 | $ | 0.00 |
| Deposits / Credits | | 25.00 |
| Other Withdrawals | | 25.00- |
| Ending Balance on May 13, 2009 | $ | 0.00 |

Number of Days in Statement Period: 30

### Deposits / Credits
| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr. 30 | Internet Banking Transfer | From Account 0151 | | $ | 25.00 |
| | | Total Deposits / Credits | | $ | 25.00 |

### Other Withdrawals
| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| May 1 | Customer Withdrawal | 2521698700 | $ | 25.00- |
| | | Total Other Withdrawals | $ | 25.00- |

*Total $59,800* (handwritten)



# usbank
**Five Star Service Guaranteed**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9158     TRN                    X     ST01

000131040 1 AT 0.357 106481212772245 P
GWENDOLYN D GLENN
508 S 15TH ST APT A
ST JOSEPH   MO 64501-2923

**Uni-Statement**
Account Number: 0151
Statement Period:
May 14, 2009
through
Jun. 11, 2009

Page 1 of 2



| | To Contact U.S. Bank |
|---|---|
| By Phone: | 1-800-US BANKS (1-800-872-2657) |
| St. Louis Metro Area: | 314-425-2000 |
| Telecommunications Device for the Deaf: | 1-800-685-5065 |
| Internet: | usbank.com |

## INFORMATION YOU SHOULD KNOW

We have completed our periodic update of the "Your Deposit Account Agreement" booklet. The changes are effective immediately. Please review the revised booklet carefully. Most of the changes are technical in nature, but may affect your rights. In particular, four updates to note in the deposit account agreement include the revision of our statement suppression policy under the "Statements and Notices" section, revisions to "Using Your Card For International Transactions," the addition of a "Cellular Phone Contact Policy" section, and the eligibility and application of payment terms in the Checking Account Advance Agreement. You may pick up a copy at your local branch, view the updated agreements at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy.

Effective July 31, 2009, non-U.S. Bank ATM transaction fees will be changing. A fee of $2.00 will be assessed for each ATM transaction that occurs at a non-U.S. Bank ATM*, including balance inquiries, statements, and denied transactions.

*ATMs not identified as "U.S. Bank" ATMs may assess an additional access fee. Other ATM owners may assess different surcharge fees unless the ATM it is owned by a member of the MoneyPass® ATM Network member. To find the MoneyPass® ATM locations, please visit www.moneypass.com.

## SUMMARY OF YOUR U.S. BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | Balance | Page |
|---|---|---|---|
| Five Star Silver Checking | 0151 | $ 71.84 | 1 |
| Five Star Money Market Savings | 9017 | 0.00 | 2 |
| Total Deposit Balances | | $ 71.84 | |

## FIVE STAR SILVER CHECKING
U.S. Bank National Association                                              Member FDIC
Account Number 0151

### Account Summary
| | | |
|---|---|---|
| Beginning Balance on May 14 | $ | 8.51 |
| Deposits / Credits | | 738.33 |
| Other Withdrawals | | 675.00- |
| Ending Balance on Jun. 11, 2009 | $ | 71.84 |

Number of Days in Statement Period: 29

### Deposits / Credits
| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| May 15 | Deposit | 1825229317 | $ 215.00 |
| Jun. 5 | Deposit | 2325117702 | 523.33 |
| | Total Deposits / Credits | | $ 738.33 |



**U.S. bank** — Five Star Service Guaranteed

GWENDOLYN D GLENN
508 S 15TH ST APT A
ST JOSEPH MO 64501-2923

Uni-Statement
Account Number:
0151
Statement Period:
May 14, 2009
through
Jun. 11, 2009

Page 2 of 2



## FIVE STAR SILVER CHECKING (CONTINUED)
U.S. Bank National Association                                   Account Number   0151

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| May 18 | Customer Withdrawal | 2321667476 | $ 150.00- |
| May 26 | Customer Withdrawal | 2322557702 | 50.00- |
| Jun. 8 | Customer Withdrawal | 2026122478 | 100.00- |
| Jun. 8 | Customer Withdrawal | 1826317832 | 100.00- |
| Jun. 8 | Customer Withdrawal | 2026192544 | 200.00- |
| Jun. 11 | Customer Withdrawal | 2325962884 | 75.00- |
| | | Total Other Withdrawals  $ | 675.00- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| May 15 | 223.51 | May 26 | 23.51 | Jun. 8 | 146.84 |
| May 18 | 73.51 | Jun. 5 | 546.84 | Jun. 11 | 71.84 |

Balances only appear for days reflecting change.

## FIVE STAR MONEY MARKET SAVINGS
U.S. Bank National Association                                   Account Number   9017

### Account Summary
| | |
|---|---|
| Beginning Balance on May 14 | $ 0.00 |
| Deposits / Credits | 100.00 |
| Other Withdrawals | 100.00- |
| Ending Balance on Jun. 11, 2009 | $ 0.00 |

Number of Days in Statement Period    29

Member FDIC

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Jun. 5 | Deposit | 2325117701 | $ 100.00 |
| | | Total Deposits / Credits  $ | 100.00 |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Jun. 10 | Customer Withdrawal | 2520385035 | $ 100.00- |
| | | Total Other Withdrawals  $ | 100.00- |

# usbank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9158    TRN                    X    ST01

**Uni-Statement**
Account Number: )151
Statement Period:
Jul. 14, 2009
through
Aug. 13, 2009

Page 1 of 2



000103670 1 AT 0.357 106481288437026 P
GWENDOLYN D GLENN
508 S 15TH ST APT A
ST JOSEPH   MO  64501-2923

| | To Contact U.S. Bank |
|---|---|
| By Phone: | 1-800-US BANKS (1-800-872-2657) |
| St. Louis Metro Area: | 314-425-2000 |
| Telecommunications Device for the Deaf: | 1-800-685-5065 |
| Internet: | usbank.com |

## SUMMARY OF YOUR U.S. BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | Balance | Page |
|---|---|---|---|
| Five Star Silver Checking | -0151 | $ 0.00 | 1 |
| Five Star Money Market Savings | 9017 | 0.00 | 2 |
| | Total Deposit Balances | $ 0.00 | |

## FIVE STAR SILVER CHECKING
U.S. Bank National Association

**Member FDIC**
Account Number  0151

### Account Summary
| | | |
|---|---|---|
| Beginning Balance on  Jul. 14 | $ | 184.87- |
| Deposits / Credits | | 585.02 |
| Other Withdrawals | | 400.15- |
| Ending Balance on  Aug. 13, 2009 | $ | 0.00 |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Aug. 11 | Returned Withdrawal       Electronic | | $ 95.15 |
| Aug. 12 | Charge Off Overdrawn Acct | | 489.87 |
| | | Total Deposits / Credits | $ 585.02 |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Jul. 14 | Continuous Overdraft Fee | 1400005656 | $ 8.00- |
| Jul. 15 | Continuous Overdraft Fee | 1500004964 | 8.00- |
| Jul. 16 | Continuous Overdraft Fee | 1600004207 | 8.00- |
| Jul. 17 | Continuous Overdraft Fee | 1700004139 | 8.00- |
| Jul. 20 | Continuous Overdraft Fee | 2000006846 | 24.00- |
| Jul. 21 | Continuous Overdraft Fee | 2100004603 | 8.00- |
| Jul. 22 | Continuous Overdraft Fee | 2200003844 | 8.00- |
| Jul. 23 | Continuous Overdraft Fee | 2300008636 | 8.00- |
| Jul. 24 | Continuous Overdraft Fee | 2400004404 | 8.00- |
| Jul. 27 | Continuous Overdraft Fee | 2700005884 | 24.00- |
| Jul. 28 | Continuous Overdraft Fee | 2800003220 | 8.00- |
| Jul. 29 | Continuous Overdraft Fee | 2900003024 | 8.00- |
| Jul. 30 | Continuous Overdraft Fee | 3000003746 | 8.00- |
| Jul. 31 | Continuous Overdraft Fee | 3100005731 | 8.00- |
| Aug. 3 | Continuous Overdraft Fee | 0300007258 | 24.00- |
| Aug. 3 | Returned Item(s) Charge | | 37.50- |
| Aug. 4 | Continuous Overdraft Fee | 0400003287 | 8.00- |
| Aug. 5 | Continuous Overdraft Fee | 0500003257 | 8.00- |
| Aug. 6 | Continuous Overdraft Fee | 0600004418 | 8.00- |
| Aug. 7 | Continuous Overdraft Fee | 0700004762 | 8.00- |

**U.S. BANK**

GWENDOLYN D GLENN
508 S 15TH ST APT A
ST JOSEPH MO 64501-2923

Uni-State
Account Number ...0151
Statement Period:
Jul. 14, 2009
through
Aug. 13, 2009



Page 2 of 2

---

## FIVE STAR SILVER CHECKING (CONTINUED)
U.S. Bank National Association     Account Number ...0151

### Other Withdrawals (continued)

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Aug. 10 | Electronic Withdrawal  To T-MOBILE   REF=09222011293290 N   0000450304PCS SVC 6828670 | | 95.15- |
| Aug. 11 | Returned Item(s) Charge | | 37.50- |
| Aug. 12 | Force-Closed Account Fee | 1200000001 | 30.00- |
| | | **Total Other Withdrawals** $ | **400.15-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jul. 14 | 192.87- | Jul. 24 | 272.87- | Aug. 5 | 406.37- |
| Jul. 15 | 200.87- | Jul. 27 | 296.87- | Aug. 6 | 414.37- |
| Jul. 16 | 208.87- | Jul. 28 | 304.87- | Aug. 7 | 422.37- |
| Jul. 17 | 216.87- | Jul. 29 | 312.87- | Aug. 10 | 517.52- |
| Jul. 20 | 240.87- | Jul. 30 | 320.87- | Aug. 11 | 459.87- |
| Jul. 21 | 248.87- | Jul. 31 | 328.87- | Aug. 12 | 0.00 |
| Jul. 22 | 256.87- | Aug. 3 | 390.37- | | |
| Jul. 23 | 264.87- | Aug. 4 | 398.37- | | |

Balances only appear for days reflecting change.

## FIVE STAR MONEY MARKET SAVINGS
U.S. Bank National Association     Member FDIC     Account Number ...9017

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Jul. 14 | $ | 0.00 |
| Ending Balance on Aug. 13, 2009 | $ | 0.00 |

*[Handwritten:]* total $397,185

*[Handwritten:]* 1,259,355

Case 3:16-cv-00403-jdp Document #: 25 Filed: 11/30/16 Page 10 of 16

**usbank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9158    TRN                    X    ST01

000006900 1 AB 0.360 106481322524577 P
GWENDOLYN D GLENN
508 S 15TH ST APT A
ST JOSEPH   MO  64501-2923

Uni-Statement
Account Number: 9017
Statement Period:
Aug. 14, 2009
through
Sep. 14, 2009

Page 1 of 1

  To Contact U.S. Bank

By Phone:  1-800-US BANKS
(1-800-872-2657)

St. Louis
Metro Area:  314-425-2000

Telecommunications Device
for the Deaf:  1-800-685-5065

Internet:  usbank.com

---

**FIVE STAR MONEY MARKET SAVINGS**                                                      *Member FDIC*
U.S. Bank National Association                                       Account Number ▮▮▮▮▮-9017
**Account Summary**
Beginning Balance on  Aug. 14              $         0.00

Ending Balance on  Sep. 14, 2009           $         0.00

Uni-Statement
Account Number:
9017
Statement Period:
Sep. 15, 2009
through
Oct. 14, 2009

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9158    TRN                          X    ST01

Page 1 of 1

000006212 1 AB 0.360 106481356493989 P
GWENDOLYN D GLENN
508 S 15TH ST APT A
ST JOSEPH   MO  64501-2923



**To Contact U.S. Bank**

By Phone: 1-800-US BANKS
(1-800-872-2657)

St. Louis
Metro Area: 314-425-2000

Telecommunications Device
for the Deaf: 1-800-685-5065

Internet: usbank.com

## STANDARD SAVINGS
U.S. Bank National Association

Member FDIC
Account Number ▮▮▮▮-9017

**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Sep. 15 | $ | 0.00 |
| Other Withdrawals | | 4.00- |
| Ending Balance on Oct. 14, 2009 | $ | 4.00- |

Your low balance of $0.00 was below the requirements.

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Sep. 24 | Maintenance Fee | 2400010011 | $ | 4.00- |
| | | Total Other Withdrawals | $ | 4.00- |

# usbank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9158    TRN                    X    ST01

**Uni-Statement**

Account Number:
9017

Statement Period:
Oct. 15, 2009
through
Nov. 13, 2009

Page 1 of 1

000063233 1 SP    106481392364484 S
GWENDOLYN D GLENN
508 S 15TH ST APT A
ST JOSEPH MO 64501-2923



| | To Contact U.S. Bank |
|---|---|
| By Phone: | 1-800-US BANKS (1-800-872-2657) |
| St. Louis Metro Area: | 314-425-2000 |
| Telecommunications Device for the Deaf: | 1-800-685-5065 |
| Internet: | usbank.com |

## STANDARD SAVINGS                                                                 Member FDIC
U.S. Bank National Association                                 Account Number        9017

### Account Summary
| | |
|---|---|
| Beginning Balance on Oct. 15 | $ 4.00- |
| Deposits / Credits | 43.00 |
| Other Withdrawals | 39.00- |
| **Ending Balance on Nov. 13, 2009** | **$ 0.00** |

Your low balance of $4.00- was below the requirements.

### Deposits / Credits
| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Nov. 9 | Charge Off Overdrawn Acct | | $ 43.00 |
| | **Total Deposits / Credits** | | **$ 43.00** |

### Other Withdrawals
| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Oct. 26 | Maintenance Fee | 2600007342 | $ 4.00- |
| Nov. 5 | Fee    Returned Statement | | 5.00- |
| Nov. 9 | Force-Closed Account Fee | 0900000001 | 30.00- |
| | **Total Other Withdrawals** | | **$ 39.00-** |

# **usbank**
*Five Star Service Guaranteed*

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9158        TRN                              X        ST01

**Uni-Statement**
Account Number:
0151
Statement Period:
Jan. 14, 2009
through
Feb. 12, 2009

Page 1 of 3

000082437 1 AV 0.324 106431082855072 P
GWENDOLYN D GLENN
508 S 15TH ST APT A
ST JOSEPH   MO  64501-2923

  **To Contact U.S. Bank**

| | |
|---|---|
| By Phone: | 1-800-US BANKS (1-800-872-2657) |
| St. Louis Metro Area: | 314-425-2000 |
| Telecommunications Device for the Deaf: | 1-800-685-5065 |
| Internet: | usbank.com |

## SUMMARY OF YOUR U.S. BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | Balance | Page |
|---|---|---|---|
| Five Star Silver Checking | -0151 | $ 139.50- | 1 |
| Five Star Money Market Savings | -9017 | 65.50- | 2 |
| | **Total Deposit Balances** | **$ 205.00-** | |

### FIVE STAR SILVER CHECKING
Account Number          -0151
U.S. Bank National Association

**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Jan. 14 | $ | 0.00 |
| Deposits / Credits | | 633.00 |
| Card Withdrawals | | 48.00- |
| Other Withdrawals | | 724.50- |
| Ending Balance on Feb. 12, 2009 | $ | 139.50- |

Number of Days in Statement Period: 29

*Member FDIC*

**U.S. Bank Checking That Pays**

**Reward Program Summary**

All Rewards shown are as of Feb. 12, 2009

Cash Bonus Visa® Check Card          Check Card Number: *6333

| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem | Five Star Bonus Rewards Program to Date |
|---|---|---|---|---|---|
| 01/27/2009 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Five Star Bonus Rewards are included in Rewards Earned Program to Date.

**Deposits / Credits**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Jan. 15 | Deposit | 1827935338 | $ 633.00 |
| | | **Total Deposits / Credits** | **$ 633.00** |



**usbank** Five Star Service Guaranteed

GWENDOLYN D GLENN
508 S 15TH ST APT A
ST JOSEPH MO 64501-2923

Uni-Statement
Account Number: 0151
Statement Period:
Jan. 14, 2009
through
Feb. 12, 2009



Page 2 of 3

## FIVE STAR SILVER CHECKING (CONTINUED)
Account Number 1-455-7109-0151

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb. 6 | Fee | ATM Withdrawal At Other Network | 0600004692 | $ 2.00- |
| Feb. 9 | Fee | ATM Withdrawal At Other Network | 0900006203 | 2.00- |
| Card Number xxxx-xxxx-xxxx- 6333 | | | | |
| Feb. 6 | ATM Withdrawal | 601 S 22ND ST JOSEPH MO | | 22.00- |
| | | Serial No. 765510164034PLUSTERM | | |
| Feb. 9 | ATM Withdrawal | 601 S 22ND ST JOSEPH MO | | 22.00- |
| | | Serial No. 781673160415PLUSTERM | | |
| | | Card 6333 Withdrawals Subtotal | $ | 44.00- |
| | | Total Card Withdrawals | $ | 48.00- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan. 20 | Customer Withdrawal | | 2321841997 | $ 100.00- |
| Jan. 20 | Customer Withdrawal | | 2321429091 | 358.00- |
| Jan. 22 | Customer Withdrawal | | 2322069345 | 100.00- |
| Jan. 26 | Customer Withdrawal | | 2426969378 | 50.00- |
| Jan. 27 | Customer Withdrawal | | 2521162826 | 20.00- |
| Feb. 9 | Overdraft Charge | | | 19.00- |
| Feb. 10 | Fee | Non-US Bank ATM Denied Transaction | 1000000001 | 1.50- |
| Feb. 10 | Overdraft Charge | | | 35.00- |
| Feb. 11 | Fee | Non-US Bank ATM Denied Transaction | 1100000001 | 1.50- |
| Feb. 11 | Fee | Non-US Bank ATM Denied Transaction | 1100000001 | 1.50- |
| Feb. 11 | Fee | Non-US Bank ATM Denied Transaction | 1100000001 | 1.50- |
| Feb. 11 | Fee | Non-US Bank ATM Denied Transaction | 1100000001 | 1.50- |
| Feb. 11 | Fee | Non-US Bank ATM Denied Transaction | 1100000001 | 1.50- |
| Feb. 11 | ATM Fee | Balance Inquiry At Other Network | 1100000001 | 1.50- |
| Feb. 11 | Continuous Overdraft Fee | | 1100003878 | 24.00- |
| Feb. 12 | Continuous Overdraft Fee | | 1200003693 | 8.00- |
| | | Total Other Withdrawals | $ | 724.50- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jan. 15 | 633.00 | Jan. 27 | 5.00 | Feb. 11 | 131.50- |
| Jan. 20 | 175.00 | Feb. 6 | 19.00- | Feb. 12 | 139.50- |
| Jan. 22 | 75.00 | Feb. 9 | 62.00- | | |
| Jan. 26 | 25.00 | Feb. 10 | 98.50- | | |

Balances only appear for days reflecting change.

## FIVE STAR MONEY MARKET SAVINGS                                         Member FDIC
Account Number ████-9017
U.S. Bank National Association

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Jan. 28 | $ | 25.00 |
| Card Withdrawals | | 44.00- |
| Other Withdrawals | | 46.50- |
| Ending Balance on Feb. 12, 2009 | $ | 65.50- |

Number of Days in Statement Period     16



**usbank** Uni-Statement
Five Star Service Guaranteed

GWENDOLYN D GLENN
508 S 15TH ST APT A
ST JOSEPH MO 64501-2923

Account Number:
0151
Statement Period:
Jan. 14, 2009
through
Feb. 12, 2009

Page 3 of 3

## FIVE STAR MONEY MARKET SAVINGS (CONTINUED)
Account Number 2-455-4109-9017

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb. 10 | Fee | ATM Withdrawal At Other Network | 1000002654 | $ | 2.00- |
| Card Number xxxx-xxxx-xxxx- 6333 | | | | | |
| Feb. 10 | ATM Withdrawal | 601 S 22ND ST JOSEPH MO | | | 42.00- |
| | | Serial No. 277997201234PLUSTERM | | | |
| | | Card 6333 Withdrawals Subtotal | | $ | 42.00- |
| | | Total Card Withdrawals | | $ | 44.00- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jan. 30 | Customer Withdrawal | | 2022889493 | $ | 20.00- |
| Feb. 11 | Fee | Non-US Bank ATM Denied Transaction | 1100000001 | | 1.50- |
| Feb. 11 | Fee | Non-US Bank ATM Denied Transaction | 1100000001 | | 1.50- |
| Feb. 11 | Fee | Non-US Bank ATM Denied Transaction | 1100000001 | | 1.50- |
| Feb. 11 | Fee | Non-US Bank ATM Denied Transaction | 1100000001 | | 1.50- |
| Feb. 11 | ATM Fee | Balance Inquiry At Other Network | 1100000001 | | 1.50- |
| Feb. 11 | Overdraft Charge | | | | 19.00- |
| | | Total Other Withdrawals | | $ | 46.50- |